MMS:mms
AO 91 (Rev. 11/11) Criminal Complaint

2022R00162

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

DARRIAN MITCHELL NGUYEN

Case No. 22-mj-829 ECW

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about August 23, 2022, in Anoka County, in the State and District of Minnesota, defendant knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(B).

### Count 2

On or about October 4, 2022, in Anoka County, in the State and District of Minnesota, defendant knowingly possessed a machine gun in violation of Title 18, United States Code, Section 922(o).

### Count 3

On or about October 4, 2022, in Anoka County, in the State and District of Minnesota, defendant knowingly possessed a firearm, as defined in Title 26, United States Code, Section 5845(a), that is, a fully automatic rifle having a barrel or barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

Jason Bujold, Special Agent
FBI
Printed name and title

SUBSCRIBED and SWORN before me by reliable electronic means via (FaceTime/Zoom and email) pursuant to Fed. R. Crim. P. 41(d)(3).

Date: October 4, 2022

City and State: St. Paul, MN

_____
Judge's Signature

Elizabeth Cowan Wright
United States Magistrate Judge
Printed Name and Title